```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MARIA CASTRO and MARIO DEL
VALLE MARTINEZ, on behalf of themselves,
FLSA Collective Plaintiffs and the Class,
                                                                    JUDGMENT

                        Plaintiffs,                                 21-CV-01391-ENV-JRC
        v.

HYPER STRUCTURE CORP. d/b/a HYPER
STRUCTURE, SAHEL KHAN, CHARLES
TOLIVER, and MOHAMMAD RAHMAN,

                        Defendants.
----------------------------------------------------------------X
```

An Order of the Honorable Eric N. Vitaliano, United States District Judge having been filed on May 18, 2022, adopting the Report and Recommendation of Magistrate Judge James R. Cho, dated March 7, 2022, granting in part and denying in part plaintiffs' Motion for Default Judgment against defendants Hyper Structure Corp. d/b/a/ Hyper Structure, Sahel Khan, Charles Toliver, and Mohammad Rahman, joint and severally; awarding plaintiff Castro damages totaling $50,104.30; awarding plaintiff Martinez damages totaling $91,658.92; granting plaintiffs leave to submit a complete application for attorney's fees and costs within 30 days of the entering of this order; it is

ORDERED and ADJUDGED that plaintiffs' Motion for Default Judgment against defendants Hyper Structure Corp. d/b/a/ Hyper Structure, Sahel Khan, Charles Toliver, and Mohammad Rahman, joint and severally, is granted in part and denied in part; that plaintiff Castro is awarded damages totaling $50,104.30; that plaintiff Martinez is awarded damages totaling $91,658.92; and that plaintiffs are granted leave to submit a complete application for attorney's fees and costs within 30 days of the entering of this order.

Dated: Brooklyn, New York             Brenna B. Mahoney
       May 20, 2022                     Clerk of Court

                                                    By:    _/s/Jalitza Poveda_
                                                                  Deputy Clerk